**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

**CHRISTOPHER HUSBANDS**                                                              **PLAINTIFF**

**V.**                                        **CASE NO. 1:24-cv-01003-SOH**

**Current and/or Former**
**El Dorado Police Officers**
**SHELLEY ROWLAND, SABRINA WILLIAMS,**
**SCOTT HARWELL, and the**
**CITY OF EL DORADO, ARKANSAS**                                  **SEPARATE DEFENDANT**

### SEPARATE DEFENDANT SABRINA WILLIAMS'S ANSWER TO PLAINTIFF'S COMPLAINT

Comes now Separate Defendant, Sabrina Williams, individually (hereinafter referred to as "Separate Defendant"), by and through their attorney, Jenna Adams, and for her Answer to Plaintiff's Complaint, states as follows:

1.      Separate Defendant admits there were 13 images of child pornography uploaded to Plaintiff's Facebook account. Separate Defendant is without sufficient knowledge or information to admits or denies the remaining allegations contained in Paragraph 1 of the Complaint, therefore, it is denied.

2.      Separate Defendant is without sufficient knowledge or information to admit or denies the allegations contained in Paragraph 2 of the Complaint, therefore, it is denied.

3.      Separate Defendant denies the allegations contained in Paragraph 3 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

4.      Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 4 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

1

5.      Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 5 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

6.      Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 6 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

7.      Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 7 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

8.      Separate Defendant denies the allegations contained in Paragraph 8 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

9.      Separate Defendant denies the allegations contained in Paragraph 9 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

10.     Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 10 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

11.     Separate Defendant admits that Plaintiff's charges were dismissed. Separate Defendant denies the remaining allegations contained in Paragraph 11 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

12.     Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 12 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

13.     Separate Defendant acknowledges Plaintiff's lawsuit seeks redress for alleged damages by Separate Defendant. Separate Defendant denies that Plaintiff has a viable cause of action for any alleged claims due to her full and complete denial of any and all wrongdoing alleged.

## JURISDICTION AND VENUE

14.     Separate Defendant acknowledges Plaintiff is alleging violations under 42 U.S.C § 1983. Separate Defendant denies that Plaintiff has a viable cause of action for any alleged claims due to her full and complete denial of any and all wrongdoing alleged.

15.     Paragraph 15 of the Complaint is jurisdictional in nature, thus no response is necessary. To the extent that a response is deemed necessary, Separate Defendant denies that Plaintiff has a viable cause of action for any alleged claims due to their full and complete denial of any and all wrongdoing alleged.

16.     Paragraph 16 of the Complaint is jurisdictional in nature, thus no response is necessary. To the extent that a response is deemed necessary, Separate Defendant denies that Plaintiff has a viable cause of action for any alleged claims due to their full and complete denial of any and all wrongdoing alleged.

## PARTIES

17.     Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 17 of the Complaint, and therefore, they are denied.

18.     Separate Defendant admits the allegations contained in Paragraph 18 of the Complaint.

19.     Separate Defendant acknowledges Plaintiff named the Defendant Officers in their individual capacity. Separate Defendant denies that Plaintiff has a viable cause of action for any alleged claims due to her full and complete denial of any and all wrongdoing alleged.

20.     Separate Defendant admits the allegations contained in Paragraph 20 of the Complaint.

21.     Separate Defendant admits the allegations contained in Paragraph 21 of the Complaint.

22.     Separate Defendant admits the allegations contained in Paragraph 22 of the Complaint.

23.     Separate Defendant admits Defendant Rowland and Defendant Harwell reside in Union County, Arkansas. Separate Defendant denies the remaining allegations contained in Paragraph 23 of the Complaint.

## **FACTUAL ALLEGATIONS**

24.     Separate Defendant admits the date the child pornography photos were uploaded on October 21, 2021. Separate Defendant is without sufficient knowledge or information to admit or deny the remaining allegations contained in Paragraph 24 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

25.     Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 25 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

26.     Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 26 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

27.     Separate Defendant admits the allegations contained in Paragraph 27 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

28.     Separate Defendant admits the allegations contained in Paragraph 28 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

29.     Separate Defendant admits that Performative's IP addresses are primarily used to operate servers, Virtual Private Networks, and proxies. Separate Defendant denies the basis and characterization of the remaining allegations in Paragraph 29 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

30.     Separate Defendant admits there were 13 images of child pornography uploaded to Plaintiff's Facebook account. Separate Defendant is without sufficient knowledge or information to admit or deny the remaining allegations contained in Paragraph 30 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

31.     Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 31 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

32.     Separate Defendant is without sufficient knowledge or information to admit or den the allegations contained in Paragraph 32 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

33.     Separate Defendant denies the allegations contained in Paragraph 33 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

34.     Separate Defendant admits the allegations contained in Paragraph 34 of the Complaint.

35.     Separate Defendant admits the allegations contained in Paragraph 35 of the Complaint.

36.     Separate Defendant admits that both IP addresses were listed on the CyberTipline Report, but denies the basis and characterization of the allegations contained in Paragraph 36 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

37.     Separate Defendant is without sufficient knowledge or information to admits or deny the allegations contained in subparagraph (a) and (c) of Paragraph 32 of the Complaint, therefore, it is denied. Separate Defendant admits subparagraph (b) of Paragraph 32 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

38.     Separate Defendant admits that some of the images in the CyberTipline Report were flagged as "viral." Separate Defendant is without sufficient knowledge or information to admit or deny the remaining allegations contained in Paragraph 38 of Plaintiff's Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

39.     Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 39 of Plaintiff's Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

40.     Separate Defendant denies the allegations contained in Paragraph 40 of the Complaint.

41.     Upon information and belief, Separate Defendant admits the allegations contained in Paragraph 41 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

42.     Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 42 of the Complaint, therefore it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

43.     Upon information and belief, Separate Defendant states that Defendant Rowland was a member of the ICAC Task Force with the Arkansas State Police. Separate Defendant denies the remaining allegations contained in Paragraph 43 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

44.     Separate Defendant admits that she assisted with the investigation, however, states that she was a member of the ICAC Task Force with the Arkansas State Police. Separate Defendant specifically denies any and all wrongdoing alleged.

45.     Separate Defendant admits that Defendant Harwell was a supervisor at the El Dorado Police Department, however denies the remaining the allegations contained in Paragraph 45 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

46.     Separate Defendant denies the basis and characterization of events in Paragraph 46 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

47.     Separate Defendant denies the basis and characterization of events in Paragraph 47 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

48.     Separate Defendant denies the allegations contained in Paragraph 48 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

49.     Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 49 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

50.     Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 50 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

51.     Separate Defendant denies the allegations contained in Paragraph 51 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

52.     Upon information and belief, Separate Defendant admits the allegations contained in Paragraph 52 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

53.     Separate Defendant denies the basis and characterization of events in Paragraph 53 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

54.     Separate Defendant denies the allegations contained in Paragraph 54 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

55.     Upon information and belief, Separate Defendant admits the allegations contained in Paragraph 55 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

56.     Separate Defendant denies the basis and characterization of events in Paragraph 56 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

57.     Separate Defendant denies the allegations contained in Paragraph 57 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

58.     Separate Defendant denies that exculpatory evidence was omitted from the search and arrest affidavits. Separate Defendant states that at the time of the affidavits, they were without sufficient knowledge or information as to the allegations contained in subparagraphs (a)-(f) of Paragraph 58 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

59.     Separate Defendant states that the search and arrest affidavits speak for themselves. Separate Defendant denies any and all wrongdoing alleged.

60.     Separate Defendant denies the allegations contained in Paragraph 60 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

61.     Separate Defendant admits the allegations contained in Paragraph 61 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

62.     Separate Defendant admits the allegations contained in Paragraph 62 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

63.     Separate Defendant admits the allegations contained in Paragraph 63 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

64.     Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained Paragraph 64 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

65.     Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained Paragraph 65 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

66.     Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained Paragraph 66 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

67.     Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained Paragraph 67 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

68.     Separate Defendant denies the allegations contained in Paragraph 68 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

69.     Separate Defendant denies the allegations contained in Paragraph 69 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

70.     Separate Defendant admits the allegations contained in Paragraph 70 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

71.     Separate Defendant denies the allegations contained in Paragraph 71 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

72.     Separate Defendant denies the allegations contained in Paragraph 72 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

73.     Separate Defendant denies the allegations contained in Paragraph 73 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

74.     Separate Defendant admits that Rowland and Williams were assigned to the ICAC Task Force with the Arkansas State Police. Separate Defendant denies the remaining allegations contained in Paragraph 74 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

75.     Separate Defendant denies the allegations contained in Paragraph 75 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

76.     Separate Defendant denies the allegations contained in Paragraph 76 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

77.     Separate Defendant denies the allegations contained in Paragraph 77 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

78.     Separate Defendant denies the allegations contained in Paragraph 78 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

79.     Separate Defendant admits the allegations contained in Paragraph 79 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

80.     Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 80 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

81.     Separate Defendant admits the allegations contained in Paragraph 81 of the Complaint.

82.     Separate Defendant admits that Plaintiff was arrested on January 5, 2022 on additional charges. Separate Defendant denies the remaining allegations contained in Paragraph 82 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

83.     Separate Defendant affirmatively states the district court did not increase or modify the conditions of Plaintiff's bond at the January 5, 2022 court appearance.

84.     Separate Defendant denies the basis and characterization of events contained in Paragraph 84 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

85.     Separate Defendant admits the allegations contained in Paragraph 85 of the Complaint.

86.     Separate Defendant denies the allegations contained in Paragraph 86 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

87.     Separate Defendant denies the allegations contained in Paragraph 87 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

88.     Separate Defendant admits Plaintiff was ordered to be placed on electronic monitoring at Plaintiff's expense. Separate Defendant denies the remaining allegations contained

in Paragraph 88 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

89.     Separate Defendant admits the allegations contained in Paragraph 89 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

90.     Separate Defendant admits that the case against Plaintiff consisted of the fact that the images were uploaded to Plaintiff's Facebook account. Separate Defendant denies the basis and characterization of the remaining events contained in Paragraph 90 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

91.     Separate Defendant denies the allegations contained in Paragraph 91 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

92.     Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 92 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

93.     Separate Defendant admits that on March 3, 2022, the prosecuting attorney filed a 52-count information against Plaintiff . Separate Defendant denies the remaining allegations contained in Paragraph 93 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

94.     Separate Defendant is without sufficient knowledge or information to admi or deny the allegations contained in Paragraph 94 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

95.     Separate Defendant denies the allegations contained in Paragraph 95 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

96.     Separate Defendant denies the allegations contained in Paragraph 96 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

97.     Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 97 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

98.     Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 98 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

99.     Separate Defendant denies the allegations contained in Paragraph 99 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

100.    Separate Defendant affirmatively states on June 20, 2023, the Circuit Court granted the State's oral motion to dismiss.

101.    Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 101 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

102.    Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 102 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

103.    Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 103 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

104.    Separate Defendant denies the allegations contained in Paragraph 104 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

105.     Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 105 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

106.     Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 106 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

107.     Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 107 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

108.     Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 108 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

109.     Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 109 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

110.     Separate Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 110 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

111.     Separate Defendant is without sufficient knowledge or information to admit or den the allegations contained in Paragraph 111 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

112.    Separate Defendant is without sufficient knowledge or information to admits or deny the allegations contained in Paragraph 112 of the Complaint, therefore, it is denied. Separate Defendant specifically denies any and all wrongdoing alleged.

## CAUSES OF ACTION

### COUNT I

**42 U.S.C § 1983 – 4th Amendment
False arrest
(Separate Defendant Rowland, Williams, and Harwell)**

113.    Separate Defendant incorporates and restates her answers to each foregoing paragraph as if set forth word for word.

114.    Upon information and belief, Separate Defendant admits that Defendant Rowland filed an affidavit for Plaintiff's arrest on December 28, 2021. Separate Defendant denies the remaining allegations contained in Paragraph 114 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

115.    Separate Defendant denies the allegations contained in Paragraph 115 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

116.    Separate Defendant denies the allegations contained in Paragraph 116 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

117.    Separate Defendant admits that, upon information and belief, Defendant Harwell reviewed the affidavit. Separate Defendant denies the remaining allegations contained in Paragraph 117 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

118.    Separate Defendant denies the allegations contained in Paragraph 118 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

119.     Separate Defendant affirmatively states that Plaintiff was arrested on December 29, 2021 and January 5, 2022. Separate Defendant denies the remaining allegations contained in Paragraph 119 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

120.     Separate Defendant denies the allegations contained in Paragraph 120 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

121.     Separate Defendant denies the allegations contained in Paragraph 121 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

### COUNT II

**42 U.S.C § 1983 – 41th Amendment Due Process**
**Fabrication of Evidence**
**(Separate Defendant Rowland, Williams, and Harwell)**

122.     Separate Defendant incorporates and restates her answers to each foregoing paragraph as if set forth word for word.

123.     Separate Defendant denies the allegations contained in Paragraph 123 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

124.     Separate Defendant denies the allegations contained in Paragraph 124 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

125.     Separate Defendant admits child pornography charges were filed against Plaintiff. Separate Defendant denies the remaining allegations contained in Paragraph 125 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

126.     Separate Defendant admits the charges were dismissed on June 20, 2023. Separate Defendant denies the remaining allegations contained in Paragraph 125 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

127.    Separate Defendant denies the allegations contained in Paragraph 127 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

128.    Separate Defendant denies the allegations contained in Paragraph 128 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

129.    Separate Defendant denies the allegations contained in Paragraph 129 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

130.    Separate Defendant denies the allegations contained in Paragraph 130 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

**COUNT III**

**42 U.S.C § 1983 – 4th Amendment**
**Malicious Prosecution**
**(Separate Defendant Rowland, Williams, and Harwell)**

131.    Separate Defendant incorporates and restates her answers to each foregoing paragraph as if set forth word for word.

132.    Separate Defendant denies the allegations contained in Paragraph 132 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

133.    Separate Defendant denies the allegations contained in Paragraph 133 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

134.    Separate Defendant denies the allegations contained in Paragraph 134 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

135.    Separate Defendant admits the allegations contained in Paragraph 135 of Plaintiff's Complaint. Separate Defendant denies any and all wrongdoing alleged.

136.    Separate Defendant denies the allegations contained in Paragraph 136 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

137.    Separate Defendant denies the allegations contained in Paragraph 137 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

## COUNT IV

### 42 U.S.C § 1983 – 14th Amendment Due Process
### Reckless Investigation
### (Separate Defendant Rowland, Williams, and Harwell)

138.    Separate Defendant incorporates and restates her answers to each foregoing paragraph as if set forth word for word.

139.    Separate Defendant denies the allegations contained in Paragraph 139 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

140.    Separate Defendant denies the allegations contained in Paragraph 140 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

141.    Separate Defendant denies the allegations contained in Paragraph 141 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

142.    Separate Defendant denies the allegations contained in Paragraph 142 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

143.    Separate Defendant denies the allegations contained in Paragraph 143 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

144.    Separate Defendant denies the allegations contained in Paragraph 144 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

## COUNT V

### 42 U.S.C § 1983
### Conspiracy to Deprive Constitutional Rights
### (Separate Defendant Rowland, Williams, and Harwell)

145.    Separate Defendant incorporates and restates her answers to each foregoing paragraph as if set forth word for word.

146.    Separate Defendant denies the allegations contained in Paragraph 146 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

147.    Separate Defendant denies the allegations contained in Paragraph 147 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

148.    Separate Defendant denies the allegations contained in Paragraph 148 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

149.    Separate Defendant denies the allegations contained in Paragraph 149 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

150.    Separate Defendant denies the allegations contained in Paragraph 150 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

**COUNT VI**

**42 U.S.C § 1983**
**Failure to Intervene)**
**(Separate Defendant Williams and Harwell)**

151.    Separate Defendant incorporates and restates her answers to each foregoing paragraph as if set forth word for word.

152.    Separate Defendant denies the allegations contained in Paragraph 152 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

153.    Separate Defendant denies the allegations contained in Paragraph 153 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

154.    Separate Defendant denies the allegations contained in Paragraph 154 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

155.    Separate Defendant denies the allegations contained in Paragraph 155 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

156.    Separate Defendant denies the allegations contained in Paragraph 156 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

157.    Separate Defendant denies the allegations contained in Paragraph 157 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

### COUNT VII

**42 U.S.C § 1983**
**Supervisory Liability**
**(Defendant Harwell)**

158.    Separate Defendant incorporates and restates her answers to each foregoing paragraph as if set forth word for word.

159.    Separate Defendant denies the allegations contained in Paragraph 159 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

160.    Separate Defendant denies the allegations contained in Paragraph 160 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

161.    Separate Defendant denies the allegations contained in Paragraph 161 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

162.    Separate Defendant denies the allegations contained in Paragraph 162 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

163.    Separate Defendant denies the allegations contained in Paragraph 163 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

### COUNT VIII

**42 U.S.C § 1983**
***Monell* – Failure to Train**

**(Defendant City of El Dorado)**

164.    Separate Defendant incorporates and restates her answers to each foregoing paragraph as if set forth word for word.

165.    Separate Defendant denies the allegations contained in Paragraph 165 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

166.    Separate Defendant denies the allegations contained in Paragraph 166 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

167.    Separate Defendant denies the allegations contained in Paragraph 167 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

168.    Separate Defendant denies the allegations contained in Paragraph 168 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

169.    Separate Defendant denies the allegations contained in Paragraph 169 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

170.    Separate Defendant denies the allegations contained in Paragraph 170 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

171.    Separate Defendant denies the allegations contained in Paragraph 171 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

172.    Separate Defendant denies the allegations contained in Paragraph 172 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

173.    Separate Defendant denies the allegations contained in Paragraph 173 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

174.    Separate Defendant denies the allegations contained in Paragraph 174 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

## COUNT IX

### State Law – Malicious Prosecution
### (Separate Defendant Rowland, Williams, and Harwell)

175.     Separate Defendant incorporates and restates her answers to each foregoing paragraph as if set forth word for word.

176.     Separate Defendant denies the allegations contained in Paragraph 176 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

177.     Separate Defendant admits the allegations contained in Paragraph 177 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

178.     Separate Defendant denies the allegations contained in Paragraph 178 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

## COUNT X

### State Law – Conspiracy
### (Separate Defendant Rowland, Williams, and Harwell)

179.     Separate Defendant incorporates and restates her answers to each foregoing paragraph as if set forth word for word.

180.     Separate Defendant denies the allegations contained in Paragraph 180 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

181.     Separate Defendant denies the allegations contained in Paragraph 181 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

182.     Separate Defendant denies the allegations contained in Paragraph 182 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

## COUNT XI

### State Law – Outrage
### (Separate Defendant Rowland, Williams, and Harwell)

183.    Separate Defendant incorporates and restates her answers to each foregoing paragraph as if set forth word for word.

184.    Separate Defendant denies the allegations contained in Paragraph 184 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

185.    Separate Defendant denies the allegations contained in Paragraph 185 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

186.    Separate Defendant denies the allegations contained in Paragraph 186 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

187.    Separate Defendant denies the allegations contained in Paragraph 187 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

188.    Separate Defendant denies the allegations contained in Paragraph 188 of the Complaint. Separate Defendant specifically denies any and all wrongdoing alleged.

## COUNT XII

### State Law – Indemnification
### (Defendant City of El Dorado)

189.    Separate Defendant incorporates and restates her answers to each foregoing paragraph as if set forth word for word.

190.    Separate Defendant admits the allegations contained in Paragraph 190 of the Complaint.

191.    Paragraph 191 of the Complaint states a conclusion of law, thus no response is necessary. To the extent that a response is deemed necessary, Separate Defendant denies the same due to her complete denial of any and all wrongdoing alleged.

192.    Separate Defendant denies that Plaintiff is entitled to the request for relief in the WHEREFORE clause due to her complete denial of any and all wrongdoing alleged.

23

193.    Plaintiff's request for a jury trial speaks for itself. Separate Defendant request a jury trial on all remaining issues at that time.

194.    Separate Defendant denies each and every allegation not specifically admitted herein.

195.    Separate Defendant reserves the right to plead further upon additional investigation and discovery, to include an amended answer.

## AFFIRMATIVE DEFENSES

1.    The allegations of the Complaint fail to state facts or a claim upon which relief may be granted.

2.    Separate Defendant is entitled to tort, qualified, good faith, statutory, and punitive damages immunity under all applicable doctrines of immunity pursuant to state and federal law, including, but not limited to, Ark. Code Ann. § 21-9-301.

3.    Separate Defendant asserts that Plaintiff's rights were not violated.

4.    Probable cause existed to arrest Plaintiff.

5.    Plaintiff was arrested pursuant to a valid warrant for his arrest.

6.    Separate Defendant asserts that Plaintiff's alleged injuries did not occur as a result of any custom, policy or practice of the City of El Dorado.

7.    There has been no failure to train or supervise by any Defendant.

8.    Separate Defendant asserts any and all affirmative defenses found applicable pursuant to Fed. R. Civ. P. 8(c), including, but not limited to, justification and privilege.

9.    As deemed applicable, Separate Defendant asserts the affirmative defenses of *res judicata*, collateral estoppel, statute of limitations, *Rooker-Feldman*, and *Heck v. Humphrey*.

10.     Separate Defendant asserts that to the extent Plaintiff sustained any damages, the damages were a direct and proximate result of Plaintiff's own conduct.

11.     Punitive damages are not recoverable against a municipality as a matter of law.

12.     Defendants expressly deny that they can be held liable to Plaintiff under the theory of *respondeat superior*.

13.     Separate Defendant specifically reserves the right to amend or supplement this pleading or plead further as defenses become apparent or available during the course of litigation.

WHEREFORE, Separate Defendant respectfully requests that this Court dismiss Plaintiff's Complaint against her and for all other just and proper relief to which she is entitled.

Respectfully submitted,

**SEPARATE DEFENDANT,**
**Sabrina Williams**


By: /s/ Jenna Adams
JENNA ADAMS, Ark. Bar No. 2015082
P.O. BOX 38
NORTH LITTLE ROCK, AR 72115
TELEPHONE (501) 978-6115
FACSIMILE (501) 978-6558
EMAIL: jenadams@arml.org

25