IN THE UNITED STATES DISTRICT COURT
WESTSERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CHRISTOPHER HUSBANDS                                               PLAINTIFF

v.                                 Case No. 1:24-cv-1003

Current and/or Former El Dorado
Police Officers SHELLY ROWLAND,
SABRINA WILLIAMS, SCOTT HARWELL,
and the CITY OF EL DORADO, ARKANSAS                DEFENDANTS

## ORDER

Before the Court is a Motion for Protective Order. ECF No. 24. Defendants seek to protect the confidentiality of certain information that may be discovered or offered into evidence at the trial of this case. Defendants move for entry of their proposed Protective Order for National Crime Justice Training Center / Fox Valley Technical College. ECF No. 24-1. Plaintiff has not responded to the motion, and the time for response has passed. Upon consideration, the Court finds that the motion (ECF No. 24) should be and hereby is **GRANTED**. The Court will enter the proposed Protective Order as a separate docket entry.

**IT IS SO ORDERED**, this 6th day of November, 2024.

                                                                /s/ Susan O. Hickey
                                                                 Susan O. Hickey
                                                                 Chief United States District Judge