IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CHRISTOPHER HUSBANDS                                                           PLAINTIFF

V.                            Case No. 1:24-cv-1003

Current and/or Former
El Dorado Police Officers
SHELLY ROWLAND, SABRINA WILLIAMS,
SCOTT HARWELL, and the
CITY OF EL DORADO, ARKANSAS                                                    DEFENDANTS

## PROTECTIVE ORDER FOR NATIONAL CRIME JUSTICE TRAINING CENTER / FOX VALLEY TECHNICAL COLLEGE

1. Any and all documentation produced by the National Criminal Justice Training Center / Fox Valley Technical College (hereafter referred to as the "Protected Material") shall be protected from public disclosure and when not in use, shall be placed in a sealed envelope along with the words "Protected Material."

2. Counsel shall have an opportunity to view the Protected Material, but shall not be permitted to photocopy or publicly disclose same, except:

   a. Any Protected Material used in any pleading, motion, deposition transcript, brief, exhibit, or other filing with the Court shall be maintained under seal. The Protected Material shall include slip sheets appropriately labeled "UNDER SEAL" to indicate the exhibits or other materials that have been omitted in their entirety from the filing due to filing seal.

3. Neither counsel shall disclose or provide the Protected Material to anyone not directly connected to this case.

4. Each counsel shall store the Protected Material in a locked cabinet.

5. The Protective Order shall be attached to the Protected Material at all times.

6. Neither counsel shall duplicate the Protected Material in any way (digitally or tangibly), except as described in 2(a).

7. Upon adjudication of this case, each counsel shall destroy all Protected Material in their possession and file Affidavits certifying both the circumstances of said destruction and affirmation of their compliance with the Protective Order.

**IT IS SO ORDERED**, this 6th day of November, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge